AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been
filed in the U.S. District Court ___U.S. District CourtSouthern District of Florida (Ft Lauderdale)___ on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>0:24-cv-60062-AHS | DATE FILED<br>1/9/2024 | U.S. DISTRICT COURT<br>U.S. District CourtSouthern District of Florida (Ft Lauderdale) |
|---|---|---|
| PLAINTIFF<br><br>CreeLED, Inc. | | DEFENDANT<br><br>The Individuals, Partnerships, and Unincorporated Associations identified on Schedule A, |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 2,440,530 | | |
| 2 4,597,310 | | |
| 3 4,896,239 | | |
| 4 4,787,288 | | |
| 5 3,935,628 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 3,935,629 | | |
| 2 3,938,970 | | |
| 3 4,026,756 | | |
| 4 4,641,937 | | |
| 5 4,842,084 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Additional Trademark No.: 4,767,107  6,091,202  5566249  4,234,124  4,233,855  4933004 4771402 4,597,311 2,452,761 3,935,630 2,922,689 2,504,194 6,315,812  5,571,046  3,998,141 5,745,621 3,327,299 3,891,765 3,891,756 5,846,029  3,360,315 4,558,924  6,125,508 6,251,971  6,228,836  6,234,496  6,234,497 4,029,469 4,091,530 5,022,755 4,099,381  4,286,398 5,852,185 5,852,184 3,935,393 4,060,563 4,384,225 3,357,336 |

| CLERK<br>Angela E. Noble | (BY) DEPUTY CLERK<br>Nadhege Augustin | DATE<br>1/10/2024 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

| Print | Save As... | Reset |
|---|---|---|