UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 0:24-cv-60062-AHS

CREELED, INC.,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

      Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *with* prejudice all claims against the following Defendant:

4WDKING (Defendant No. 1 on Schedule "A" to the Complaint),

WFLC (Defendant No. 112 on Schedule "A" to the Complaint),

huepar_kingdom (Defendant No. 280 on Schedule "A" to the Complaint), and

huepar_store (Defendant No. 281 on Schedule "A" to the Complaint).

Date:   May 7, 2024            Respectfully submitted by,

                         *s/ A. Robert Weaver*
                         Attorney Email address: rweaver@brickellip.com
                         THE BRICKELL IP GROUP, PLLC
                         1101 Brickell Avenue, South Tower, Suite 800
                         Miami FL, 33131
                         Telephone: (305) 728-8831
                         *Attorneys for Plaintiff*

1